IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00408-MSK-KLM

FRONTIER STEEL BUILDINGS CORP., a Colorado corporation,

    Plaintiff,

v.

S.J. AMOROSO CONSTRUCTION CO., INC., a California corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Limit Service of Affidavit with Attachments Under Seal Pursuant to D.C. Colo. L. Civ. 7.2 and for Review in Chambers** [Docket No. 17; Filed June 11, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with D.C.Colo.L.CivR. 7.1A.

    Dated: June 12, 2008