IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00408-MSK-KLM

FRONTIER STEEL BUILDINGS CORP., a Colorado corporation,

      Plaintiff,

v.

S.J. AMOROSO CONSTRUCTION CO., INC., a California corporation,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

      THIS MATTER is before the Court on the Motion to Dismiss **(#29)** filed December 19, 2008. The Court having reviewed the foregoing:

      **ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

      DATED this 29th day of December, 2008.

      **BY THE COURT:**

      Marcia S. Krieger
      United States District Judge